# MCCATHERN

ACCEPTED
06-13-00051-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
8/27/2015 4:07:38 PM
DEBBIE AUTREY
CLERK

FARBOD FARNIA
ATTORNEY
ffarnia@mccathernlaw.com

RECEIVED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

8/27/2015 4:07:38 PM

DEBBIE AUTREY
Clerk

August 27, 2015

**Via E-Filing**

Debra K. Autrey, Clerk of Court
Sixth District Court of Appeals at Texarkana, Texas
Bi-State Justice Building
100 North State Line Ave, #20
Texarkana, Texas 75501

Re: *Whisenhunt v. Parks*, No. 06-13-00051-CV

Dear Ms. Autrey:

We have received Appellees/Cross-Appellants' Motion for Rehearing dated August 26, 2015. Texas Rule of Appellate Procedure 49.2 states, "[n]o response to a motion for rehearing need be filed unless the court so requests." In reliance on that rule, Mr. Whisenhunt will not be filing a response unless requested to do so by the Court.

Should you have any questions, please do not hesitate to contact us.

Best regards,

/s/ Farbod Farnia

Farbod Farnia

FF/ml

cc:     Jon Michael Smith (via e-service)